EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Rafael A. Asencio Márquez | 2009 TSPR 168 <br><br> 177 DPR \_\_\_\_ |

Número del Caso: TS-12,122

Fecha: 8 de octubre de 2009

Colegio de Abogados de Puerto Rico:

      Lcdo. Israel Pacheco Acevedo
      Secretario Ejecutivo
      Fondo de Fianza Notarial

Abogado de la Parte Peticionaria:

      Por derecho propio

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Rafael A. Asencio Márquez            TS-12,122

RESOLUCIÓN

San Juan, Puerto Rico, a 8 de octubre de 2009.

Examinada la *Moción Urgente Solicitando Reinstalación a la Abogacía y a la Notaría*, se reinstala al Lcdo. Rafael A. Asencio Márquez al ejercicio de la abogacía y se le apercibe de que en el futuro deberá cumplir rigurosamente con su deber de satisfacer a tiempo el importe de su fianza notarial, y con las órdenes de este Tribunal.

En cuanto a la solicitud de reinstalación al ejercicio de la notaría, se ordena a la Directora de la Oficina de Inspección de Notarías (ODIN) a que, en un término de treinta (30) días, contado a partir de la notificación de esta Resolución, informe el estado de la obra notarial incautada al licenciado Asencio Márquez.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina. El Juez Asociado señor Rivera Pérez concedería término a ODIN para informarnos sobre el estado de la obra notarial para considerar la readmisión a la abogacía. La Juez Asociada señora Rodríguez Rodríguez no intervino.


Juliana Mosquera Soler
Secretaria del Tribunal Supremo Interina